IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| CRYSTAL FINANCIAL LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 1:19-cv-1506 (AJT/IDD) |
| ) | |
| ROBERT P. BERNARDI, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER**

This matter is before the Court on the Report and Recommendation, [Doc. No. 78], of Magistrate Judge Davis recommending that default judgment be entered against Defendant Robert P. Bernardi on Count I.  The Magistrate Judge also advised the parties that objections to the Report and Recommendation must be filed within fourteen (14) days of service and that failure to object waives appellate review.  *Id.* at 9.  No objections have been filed.  The Court has conducted a *de novo* review of the evidence in this case and adopts and incorporates the findings and recommendations of the Magistrate Judge in their entirety.  Accordingly, it is hereby

**ORDERED** that the Magistrate Judge's Report and Recommendation, [Doc. No. 78], be, and the same hereby is, **ADOPTED**; and it is further

**ORDERED** that Crystal Financial, LLC's Motion for Default Judgment, [Doc. No. 37], be, and the same hereby are, **GRANTED** as to Count I; and it is further

**ORDERED** that default judgment be, and the same hereby is, **ENTERED** against Defendant Robert P. Bernardi and in favor of Plaintiff Crystal Financial, LLC as to Count I in the amount of $26,378,638.89, together with interest in the amount of $6,597.22 per day for the period April 14, 2020 through the date of judgment.

**ORDERED** that the remaining counts are **DISMISSED** without prejudice.

The Clerk is directed to forward copies of this Order to all counsel of record and *pro se* Defendant Robert P. Bernardi.

_____
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
June 2, 2022